UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| MELANIE R. BLACKWELL, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00684-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#18[1]) entered on September 14, 2012, recommending denying Plaintiff's Motion for Remand (#12) filed on March 26, 2012, and granting Defendant's Cross-Motion for Summary Judgment (#14) filed on April 25, 2012. Plaintiff filed her Objections to Magistrate Judge's Finding and Recommendation (#21) on October 22, 2012, and Defendant filed his Opposition to Plaintiff's Response to Magistrate Judge's Findings and Recommendation (#22) on November 5, 2012. This action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the response of Defendant, the pleadings and memoranda of the parties and other relevant

---

[1]Refers to court's docket number.

matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court agrees with the Magistrate Judge's findings and conclusions. With regard to the specific objection concerning the rejection of Dr. O'Connell's opinion, the Court agrees that the Administrative Law Judge's reliance upon other evidence and the Magistrate Judges's explanation of it supports the rejection. The Court determines that the Magistrate Judge's Report and Recommendation (#18) entered on September 14, 2012 should be adopted and accepted. Good cause appearing,

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#18) entered on September 14, 2012, is adopted and accepted, and Plaintiff's Motion for Remand (#12) is DENIED.

IT IS FURTHER ORDERED that Defendant's Cross-Motion for Summary Judgment (#14) is GRANTED.

IT IS SO ORDERED.

DATED this 6th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE